B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re   Dana Lewis McDonalds, LLC                                    Case No. _____
                                        Debtor(s)                    Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Anderson DuBose<br>6575 Davis Indussolon Parkway, OH 44139 | Anderson DuBose<br>6575 Davis Indussolon Parkway, OH 44139 | | | 30,715.85 |
| Huntington National Bank<br>232 West 3rd Street<br>Dover, OH 44622 | Huntington National Bank<br>232 West 3rd Street<br>Dover, OH 44622 | Line of Credit | | 25,000.00<br><br>(0.00 secured) |
| Stern Advertising, Inc.<br>24400 Chagrin Blvd<br>Beachwood, OH 44122 | Stern Advertising, Inc.<br>24400 Chagrin Blvd<br>Beachwood, OH 44122 | | | 6,962.72 |
| Kessler Sign Company<br>2669 National Road<br>Zanesville, OH 43701 | Kessler Sign Company<br>2669 National Road<br>Zanesville, OH 43701 | | | 4,017.00 |
| New Horizons Baking Company<br>211-A Woodlawn Avenue<br>Norwalk, OH 44857 | New Horizons Baking Company<br>211-A Woodlawn Avenue<br>Norwalk, OH 44857 | | | 3,400.00 |
| The Coca-Cola Company<br>One Coca-Cola Plaza<br>Atlanta, GA 30313 | The Coca-Cola Company<br>One Coca-Cola Plaza<br>Atlanta, GA 30313 | | | 2,685.23 |
| American Electric Power<br>1 Riverside Plaza<br>Columbus, OH 43215 | American Electric Power<br>1 Riverside Plaza<br>Columbus, OH 43215 | | | 2,499.56 |
| American Express<br>2965 W. Corporate Lakes Blvd.<br>Fort Lauderdale, FL 33331 | American Express<br>2965 W. Corporate Lakes Blvd.<br>Fort Lauderdale, FL 33331 | | | 2,469.23 |
| Nationwide Mutual Insurance Co.<br>One Nationwide Plaza<br>Columbus, OH 43215 | Nationwide Mutual Insurance Co.<br>One Nationwide Plaza<br>Columbus, OH 43215 | | | 2,388.67 |
| B & B<br>447 James Parkway<br>Heath, OH 43056 | B & B<br>447 James Parkway<br>Heath, OH 43056 | | | 1,788.60 |
| Land Rental<br>141 McDonald Drive<br>New Philadelphia, OH 44663 | Land Rental<br>141 McDonald Drive<br>New Philadelphia, OH 44663 | | | 1,676.92 |

B4 (Official Form 4) (12/07) - Cont.

In re  Dana Lewis McDonalds, LLC                                  Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Hartford-Priority Accounts<br>Group Benefits Division<br>One Hartford Plaza<br>Hartford, CT 06155 | The Hartford-Priority Accounts<br>Group Benefits Division<br>One Hartford Plaza<br>Hartford, CT 06155 | | | 1,168.16 |
| Grainger<br>8211 Bavaria Road<br>Macedonia, OH 44056 | Grainger<br>8211 Bavaria Road<br>Macedonia, OH 44056 | | | 1,064.54 |
| SeaBury & Smith, Inc.<br>1166 Avenue of Americas<br>New York, NY 10036 | SeaBury & Smith, Inc.<br>1166 Avenue of Americas<br>New York, NY 10036 | | | 922.49 |
| Restaurant Technology, Inc.<br>1325 Williams Drive<br>Marietta, GA 30066 | Restaurant Technology, Inc.<br>1325 Williams Drive<br>Marietta, GA 30066 | | | 833.72 |
| Berlin House Inc.<br>50280 TR 69<br>Millersburg, OH 44654 | Berlin House Inc.<br>50280 TR 69<br>Millersburg, OH 44654 | | | 775.00 |
| Panasonic Corporation of N.A.<br>22968 Network Place<br>Chicago, IL 60673 | Panasonic Corporation of N.A.<br>22968 Network Place<br>Chicago, IL 60673 | | | 549.57 |
| SEI<br>51 Broadway, Suite 202<br>Fargo, ND 58102 | SEI<br>51 Broadway, Suite 202<br>Fargo, ND 58102 | | | 340.00 |
| NuCO2<br>2800 SE Market Place<br>Stuart, FL 34997 | NuCO2<br>2800 SE Market Place<br>Stuart, FL 34997 | | | 320.00 |
| ComputerShare<br>250 Royall Street<br>Canton, MA 02021 | ComputerShare<br>250 Royall Street<br>Canton, MA 02021 | | | 180.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  January 2, 2010                         Signature  /s/ Dana J. Lewis
                                                         Dana J. Lewis
                                                         Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy