# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

## NOTICE OF FILING DEFICIENCY

IN RE: Dana Lewis McDonalds, LLC et al.,    CASE NO.: 10-60002

JUDGE RUSS KENDIG

**Pursuant to Bankruptcy Rule 5005, the original document has been accepted for filing. However further action as indicated below is required for the Certificate of Service.**

- **X** The Certificate of Service filed on January 4, 2010 by Elia O. Woyt, Esq. Re: Docket number 25, Objection by First Merit To Debtor's Motion to Use Cash Collateral is deficient.

- **X** The Certificate of Service does not comply with Judge Kendig's memorandum of February 22, 2008. The certificate must include either a copy of the Electronic Mail Notice List, or language certifying that the Electronic Mail Notice List included the party or parties served through the CM/ECF system to be accepted.

    The Certificate of Service is not signed.

    The Certificate of Service does not correctly state the date of service.

- **X** The Certificate of Service does not clearly state the method(s) of service.

- **X** The Certificate of Service does not identify, by name and address, each entity served.

    Other:

- **X** File an Amended Certificate of Service correcting the marked deficiencies, pursuant to LBR 9013-3 and Judge Kendig's memorandum of February 22, 2008 re: service procedure under CM/ECF.

**\*\*\*\*\* IF AN AMENDED "CERTIFICATE OF SERVICE" IS NOT RECEIVED, \*\*\*\*\***
**THE PLEADING WILL NOT RECEIVE FURTHER CONSIDERATION.**
**\*\*\*\*\* IF THE PLEADING IS A MOTION, \*\*\*\*\***
**THE ORDER WILL NOT BE ENTERED.**

DATE OF NOTICE: January 5, 2010

/s/ Marezella McCrary
Deputy Clerk