# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Nos. 10-60002 and 10-60003 |
| | ) | |
| Dana Lewis McDonalds, LLC and | ) | Chapter 11 |
| Cosh-Tusc Enterprises, Inc., | ) | |
| | ) | Judge Russ Kendig |
| Debtors. | ) | |

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Brouse McDowell, LPA, in its capacity as Disbursing Agent (the "Disbursing Agent") under the confirmed plan of liquidation (the "Plan") in the cases of Dana Lewis McDonalds, LLC and Cosh-Tusc Enterprises, Inc., formerly debtors and debtors-in-possession (each a "Liquidating Debtor" and collectively, the "Liquidating Debtors"), in Case Nos. 10-60002 and 10-60003 (each a "Case," and collectively, the "Cases"), pursuant to Section VI.C.3 of the Plan and paragraph 6 of the Order and Final Decree entered on October 3, 2013, hereby reports the deposit of **$2,868.26** (the "Unclaimed Funds") into the clerk of court to be held and disposed of as unclaimed funds pursuant to chapter 129 of Title 28 of the United States Code.

The Unclaimed Funds are payable to the following creditors in the following amounts, representing the distribution to which such creditor is entitled from the Unsecured Claims Reserve pursuant to the Plan. The Disbursing Agent attempted to deliver these distributions by check on the date indicated; each was returned as undeliverable. The Disbursing Agent attempted to locate updated addresses and, once again, mailed the checks. However, the checks were either returned as undeliverable or never cashed.

## Unclaimed Funds

| Original Check # | Check Date | Payee | Amount |
|---|---|---|---|
| 15652 | 07/23/2015 | First Attempt:<br>NEO Advertising<br>29125 Chagrin Blvd.<br>Pepper Pike, OH  44122<br><br>Second Attempt:<br>24400 Chagrin Blvd.<br>Beachwood, OH  44122 | $2,131.74 |
| 15659 | 07/23/2015 | First Attempt:<br>SeaBury & Smith, Inc.<br>1166 Avenue of Americas<br>New York, NY 10036<br><br>Second Attempt:<br>Seabury & Smith, Inc.<br>PO Box 98759<br>Chicago, IL  60693 | $306.40 |
| 15637 | 07/23/2015 | Aramark<br>1101 Market Street<br>Philadelphia, PA 19107 | $151.85 |
| 15663 | 07/23/2015 | The Hartford-Priority Accounts<br>Group Benefits Division<br>One Hartford Plaza<br>Hartford, CT  06155 | $278.27 |
| | | **TOTAL** | **$2,868.26** |

Pursuant to paragraph 6 of the Order and Final Decree entered in these Cases on October 3, 2015 (Docket No. 570), the Disbursing Agent hereby gives notice that it has completed, and is hereby relieved of, its duties under the Plan.

Dated: June 15, 2017

Respectfully submitted,

*/s/ Marc B. Merklin*

Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
BROUSE McDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com

997827